Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
Kevin T. Lemieux, Esq. (SNN: 225886)
kevin@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiffs*
Katie E. Scott

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Katie E. Scott,<br><br>                    Plaintiff,<br><br>v.<br><br>Gold's Gym International, Inc.; Gold's Gym Southern California Group; SwiftFunds Financial Services, LLC,<br><br>                    Defendants. | **Case No.: 8-17-cv-00053-JVS-DFM**<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 2, 2017 for filing a request for dismissal.

Respectfully submitted,

Date: August 7, 2017                    **HYDE & SWIGART**

By: s/ Sara Khosroabadi
Sara Khosroabadi
*Attorneys for Plaintiff*